IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| J&S R.D.T. ARCHERY, INC. and<br>JAMES J. KEMPF an Individual,<br><br>  Plaintiffs,<br><br>v.<br><br>BEAR ARCHERY, INC.,<br><br>  Defendant. | No.3:16-cv-00009-JAJ-HCA<br><br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs, J&S R.D.T. Archery, Inc. and James J. Kempf, and Defendant, Bear Archery, Inc., hereby jointly stipulate, agree, and consent as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this Action with prejudice, including, without limitation, all claims asserted in this action by Plaintiffs against Defendant and all counterclaims asserted by Defendant against Plaintiffs.

2. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this Action.

Dated: May 10, 2017

Respectfully submitted,

WHITFIELD & EDDY, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone:  (515) 288-6041
Fax:  (515) 246-1474
Email: Helton@whitfieldlaw.com
Email: Everett@whitfieldlaw.com

By: */s/Van T. Everett/*
    Van T. Everett, AT0011512

ATTORNEYS FOR PLAINTIFFS

*/s/Blake R. Hartz/*
Charles J. Meyer
cmeyer@uspatent.com
Blake R. Hartz
bhartz@uspatent.com
WOODARD, EMHARDT, MORIARTY,
 MCNETT & HENRY LLP
111 Monument Circle, Suite 3700
Indianapolis, Indiana 46204
Phone: (317) 634-3456
Fax: (317) 637-7561

James S. Zmuda
jzmuda@califf.com
CALIFF & HARPER, P.C.
506 15th Street, Suite 600
P.O. Box 719
Moline, Illinois 61266-0719
Phone: (309) 764-8300
Fax: (309) 764-8394

*Attorneys for Defendant Bear Archery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Blake R. Hartz/*
Blake R. Hartz